

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00762-CV

Anthony Chijioke **NGWU**,
Appellant

v.

Vera Amuche **TONI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the final decree of divorce signed by the trial court on August 21, 2018 is AFFIRMED.

Because Appellant Anthony Chijioke Ngwu is indigent, we do not assess costs against him.

SIGNED July 24, 2019.

_____
Beth Watkins, Justice